# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH CANTRELL CLARK JR., <br><br> Plaintiff, <br><br> v. <br><br> LEROY D. BACA, Los Angeles County Sheriff, et al., <br><br> Defendants. | NO. CV 07-5660 AG (FMO) <br><br> **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Defendant Baca's Motion to Dismiss **(Document No. 61)** is **granted**.

2. Defendant Jones's Motion to Dismiss **(Document No. 62)** is **granted**.

3. Defendants Glynn, Martinez, Lavan and Camacho's Motion to Dismiss **(Document No. 72)** is **granted in part and denied in part**.

4. Plaintiff's claims against defendants Baca and Jones are **dismissed with prejudice**.

1       5.     Plaintiff's claims against defendants Glynn, Martinez, Lavan and Camacho in their **official capacity** are **dismissed with prejudice**.

      6.     No later than 20 days from the filing date of this Order, defendants Glynn, Martinez, Lavan and Camacho shall file an Answer to the Third Amended Complaint.

      7.     The matter shall be referred to the undersigned Magistrate Judge for further proceedings.

      8.     The Clerk shall serve copies of this Order on all parties.

DATED: December 1, 2008.

                                    ANDREW J. GUILFORD
                                  UNITED STATES DISTRICT JUDGE