**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDOLPH CANTRELL CLARK JR., <br><br> Plaintiff, <br><br> v. <br><br> LEROY D. BACA, Los Angeles County Sheriff, et al., <br><br> Defendants. | NO. CV 07-5660 AG (FMO) <br><br> **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Defendants Brown, Cordova and Quintero's Motion to Dismiss **(Document No. 78)** is **granted in part and denied in part**.

2. Plaintiff's claims against defendants Brown, Cordova and Quintero in their **official capacity** are **dismissed with prejudice**.

3. No later than 20 days from the filing date of this Order, defendants Brown, Cordova and Quintero shall file an Answer to the Third Amended Complaint.

4. The matter shall be referred to the undersigned Magistrate Judge for further proceedings.

5. The Clerk shall serve copies of this Order on all parties.

DATED: February 28, 2009.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE